IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LUIS DIAZ-NATAL, a/k/a "Chencho"<br>2) JESUS ACOSTA-MILLET, a/k/a "Lalo"<br>3) JUAN PEREZ-MORALES, a/k/a "Charry," "Joker"<br>4) JORGE SANCHEZ-PEREZ, a/k/a "Joey"<br>5) WILFRIDO COLON-RIVERA,<br>a/k/a "Bimbo", "Balu"<br>6) ISMAEL LOPEZ-RIVERA, a/k/a "Machito"<br>7) BIENVENIDO CLAS-OTERO,<br>a/k/a "Biembe"<br>8) ARMANDO JIMENEZ-RAMOS,<br>a/k/a "Chory"<br>9) ELIUD SERRANO-BARRIOS, a/k/a "Pipo," "Pito"<br>10) RAUL MENDEZ-ROMAN, a/k/a "Papelin"<br>11) OMAR GONZALEZ-SOTOMAYOR<br>12) CHRISTIAN GONZALEZ-SOTOMAYOR,<br>a/k/a "Bombi"<br>**13) ALEXANDER RODRIGUEZ-RENTAS**<br>14) LUIS MIGUEL CRUZ-DAVILA<br>15) ALEXANDER VELEZ-RODRIGUEZ<br>16) VICTOR ORTIZ-SANTOS,<br>a/k/a "Manuel," "Crock"<br>Defendants | CRIMINAL 13-0155CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 26, 2013 (**docket entry 161**) on a Rule 11 proceeding of defendant [13] Alexander Rodríguez-Rentas before U.S. Magistrate Judge Marcos E. López on August 23, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 13-0155CCC 2

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 23, 2013. The **sentencing hearing is set for November 21, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 24, 2013.

S/CARMEN CONSUELO CEREZO<br>United States District Judge