IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 13-0155CCC

1) LUIS DIAZ-NATAL, a/k/a "Chencho"
2) JESUS ACOSTA-MILLET, a/k/a "Lalo"
3) JUAN PEREZ-MORALES, a/k/a "Charry,"
"Joker"
4) JORGE SANCHEZ-PEREZ, a/k/a "Joey"
5) WILFRIDO COLON-RIVERA,
a/k/a "Bimbo", "Balu"
6) ISMAEL LOPEZ-RIVERA, a/k/a "Machito"
7) BIENVENIDO CLAS-OTERO,
a/k/a "Biembe"
8) ARMANDO JIMENEZ-RAMOS,
a/k/a "Chory"
9) ELIUD SERRANO-BARRIOS, a/k/a "Pipo,"
"Pito"
10) RAUL MENDEZ-ROMAN, a/k/a "Papelin"
11) OMAR GONZALEZ-SOTOMAYOR
12) CHRISTIAN GONZALEZ-SOTOMAYOR,
a/k/a "Bombi"
**13) ALEXANDER RODRIGUEZ-RENTAS**
14) LUIS MIGUEL CRUZ-DAVILA
15) ALEXANDER VELEZ-RODRIGUEZ
16) VICTOR ORTIZ-SANTOS,
a/k/a "Manuel," "Crock"

Defendants

**ORDER**

Having considered the Report and Recommendation filed on August 26, 2013
(**docket entry 161**) on a Rule 11 proceeding of defendant [13] Alexander Rodríguez-Rentas
before U.S. Magistrate Judge Marcos E. López on August 23, 2013, to which no objection
has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is
accepted. The Court FINDS that his plea was voluntary and intelligently entered with
awareness of his rights and the consequences of pleading guilty and contains all elements
of the offense charged in the indictment.

CRIMINAL 13-0155CCC                          2

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 23, 2013. The **sentencing hearing is set for November 21, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 24, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge